UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

HUBERT MAZUR

No. 25 CR 607

Honorable Gabriel A. Fuentes

## MOTION TO DISMISS COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby moves the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the complaint in this case against HUBERT MAZUR without prejudice.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     */s/ Jeffrey S. Snell*
JEFFREY S. SNELL
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
Direct: (312) 469-6308
Email: Jeffrey.Snell2@usdoj.gov

Dated: October 7, 2025

2