# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                            Case No.: 1:25−cr−00607

                                                               Honorable Gabriel A. Fuentes

Hubert Mazur

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes as to Hubert Mazur: The government has moved to dismiss (doc. #[9]) the complaint (doc. #[1]) in this matter. As the matter is scheduled for a preliminary hearing at 11 a.m. today, 10/8/25, in Courtroom 1342 of the Dirksen U.S. Courthouse, the motion to dismiss will be heard in open court at that time. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.